John S. Delikanakis
Nevada Bar No. 5928
Paul S. Prior
Nevada Bar No. 9324
Karl O. Riley
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: sprior@swlaw.com
Email: kriley@swlaw.com

*Attorneys for All Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RABONZA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS HOLDING, LLC, a Domestic Limited Liability Company; DIAMOND RESORTS INTERNATIONAL LLC, a Domestic Limited Liability Company; STEPHEN J. CLOOBECK, an individual; PROGRESSIVE F.O.R.C.E. CONCEPTS, a Domestic Limited Liability Company; STEVE KRYSTEK, an individual; VERITAS GLOBAL LLC, a Foreign Limited Liability Company; GREGORY J. SUHAJDA, an individual; and DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | CASE NO. 2:11-cv-01172-KJD-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MICHAEL RABONZA and Defendants DIAMOND RESORTS HOLDING, LLC, DIAMOND RESORTS INTERNATIONAL, LLC, STEPHEN J. CLOOBECK, PROGRESSIVE F.O.R.C.E. CONCEPTS, STEVE KRYSTEK, VERITAS GLOBAL LLC, AND GREGORY J. SUHAJDA

///

through their respective counsel of record, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys fees.

DATED this __9__ day of August, 2011.          DATED this __8th__ day of August, 2011.

SNELL & WILMER LLP                              BOWEN LAW OFFICES

By: _____                     By: _____
John S. Delikanakis, Esq.                       Jerome R. Bowen, Esq.
Paul S. Prior, Esq.                             Sarah M. Banda, Esq.
Karl O. Riley, Esq.                             7465 W. Lake Mead Blvd, Suite 270
3883 Howard Hughes Parkway                      Las Vegas, NV 89128
Ste. 1100
Las Vegas, NV 89169                             *Attorneys for Plaintiff*

*Attorneys for All Defendants*

## ORDER

IT IS SO ORDERED.

DATED this __11__ day of August, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:

SNELL & WILMER LLP

_____
John S. Delikanakis, Esq.
Paul S. Prior, Esq.
Karl O. Riley, Esq.
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

*Attorneys for All Defendants*

13482679.1